# EXHIBIT 1



**United States Department of State**

*Miami Passport Agency*
*44132 Mercure Circle*
*PO Box 1094*
*Sterling, Virginia 20166-1094*

November 16, 2020

Maria Juana Hernandez Villafuerte
648 Venetian Way
Davenport, FL 33837

RE: 512377152

Dear Ms. Hernandez Villafuerte:

Thank you for your passport request. Your passport application was submitted on January 17, 2020 at the Polk County Clerk of Court in Winter Haven, Florida. As evidence of your U.S. citizenship, you submitted a birth certificate issued by the Commonwealth of Virginia Department of Health Division of Vital Records. This birth certificate indicates you were born on August 20, 1975 in New Church, Virginia. Your birth record was filed on April 16, 1991, more than one year after your birth occurred.

Under 22 C.F.R. 51.42, in order to establish birth in the United States, an applicant shall generally submit a birth certificate that has been filed at the appropriate state registry within one year of birth. If an applicant is unable to submit a birth certificate that meets those requirements, he or she must submit for consideration secondary evidence that is sufficient to show birth in the United States. Such evidence includes, but is not limited to, hospital birth certificates, religious records, medical and school records, other documentary evidence created shortly after birth but generally not more than five years after birth, and/or affidavits of persons having personal knowledge of the facts of the birth.

Due to the delay in the filing of your birth certificate, on February 20, 2020 we requested that you provide supplementary documentation to support your claim of birth in the United States. However, the evidence submitted does not sufficiently establish your birth in the United States. Therefore, a U.S. passport cannot be issued to you at this time, and your application is denied.

We will consider any evidence you may provide in the future. However, you will need to file a new application, submit all evidence and pay the appropriate fees.

Under 22 C.F.R. 51.46, Passport Services has the authority to retain any evidence submitted with a passport application when deemed necessary. Since your documentation was considered crucial to the passport application, it has been retained. Any special return postage fees will be returned or refunded. By law, the passport execution and application fees are non-refundable.

Sincerely,

Customer Service Department